Shena Hickman
23926 SW 108th Place
Homestead, FL 33032
786-361-5669
Email: shenahickman@gmail.com
Pro Se Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Shena Hickman | Courts Case No.: 1:25-CV-04607 |
| Plaintiff(s), | **COMPLAINT- EMERGENCY FILING** |
| vs. | DEMAND FOR JURY TRIAL |
| Ogletree, Deakins, Nash, Smoak & Stewart, P.C. | |
| Defendant(s). | |

**I.    PARTIES**

1. Plaintiff.

Name: Shena Hickman

Address: 23926 SW 108th Place, Homestead, FL 33032

Telephone: (786) 361-5669

2. Defendants.

Defendant 1: Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

1  Name: Mr. Andy G. Mercado [ID #161212015]

2  Address: 10 Madison Avenue, Suite 400, Morristown, New Jersey 07960

3  Telephone: (973) 656-1600

4

5  **II.   JURISDICTION**

6  3. My case belongs in federal court

7  ☐ under federal question jurisdiction because it involves a federal law or right. Which
8  federal law or right is involved?

9  ☐ under diversity jurisdiction because none of the plaintiffs live in the same state as any of
10  the defendants and the number of damages is more than $75,000.

11

12  **III.  VENUE**

13  4. Venue is appropriate in this Court because:

14  ☐ a substantial part of the events I am suing about happened in this district.

15  ☐ a substantial part of the property I am suing about is located in this district.

16  ☐ I am suing the U.S. government, federal agency, or federal official in his or her official
17  capacity and I live in this district.

18  ☐ at least one defendant is located in this District and any other defendants are located in
19  California.

20

21  **IV.   INTRADISTRICT ASSIGNMENT**

22  1. Because I am temporary living in Florida this lawsuit acts of retaliation have transpired in
23  <u>Miami-Dade County</u>, it should be assigned to the Eleventh Judicial Circuit In And For
24  Miami-Dade County. Florida Division of this Court.

25

26  **V.   STATEMENT OF FACTS**

27
28  I the Plaintiff [Shena Hickman] am filing this complaint, as an **EMERGENCY REQUEST FOR A CIVIL HARASSMENT, STALKING AND CRIMINAL ASSAULT RESTRAINING ORDER** against the law firm

Case 1:25-cv-09705-UA    Document 1    Filed 11/21/25    Page 3 of 19

Ogletree, Deakins, Nash, Smoak & Stewart, P.C. as it relates to my below Civil Claims against their Client [Meta Platforms, Inc.]:

- United States District Court, District of New Jersey [2:25-cv-02012_ES-CF]
  on Appeal with the United States District Court of Appeal with the Third Circuit [Case No. 25-2733]
  **Attorney: Andy G. Mercado**
  10 Madison Avenue, Suite 400
  Morristown, New Jersey 07960
  Telephone 973-656-1600
  Facsimile: 973-656-1611

- Miami-Dade Florida State Court [Case No. 2024-024493-CA-01]
  **Attorney: Lara J. Peppard**
  100 North Tampa Street, Suite 3600
  Tampa, Florida 33602
  Telephone 813-289-1247
  Facsimile: 813-289-6530

Since the beginning of 2025 when the **Defendant** [Ogletree, Deakins, Nash, Smoak & Stewart, P.C.], made an appearance in Court as representing their Client [Meta Platforms, Inc.], for the above pending court cases I have been the target and victim 24 hours of the day of their Jim Crow Societal Practices: violence; wrath of terror; racist hate; criminal assault with repeated attempts at DRUGGING even rendering me unconscious-incapacitated, being forcibly pushed, etc.; blackballed career; on 04/28/2025 in a vindictive act of reprisal forced into homelessness by Miami-Dade Florida Police tasked on the ground by the **Defendant** [Ogletree, Deakins, Nash, Smoak & Stewart, P.C.]; stalking; abuse [physically, mentally and financially]; bullying; harassment; death threats; intimidation; public shunning even negatively identifying me with derogatory sound alerts everywhere I go; illegal cyberattack, location tracking, surveillance and eavesdropping without a legal court warrant in play; defamation of my character based on lies and a complete misconstrued of the facts; and the target of their sinister mental health smear campaign supported by lying, repeated attempts at drugging me, harassment, bullying and antagonizing, terroristic behavior.

The **Defendant** [Ogletree, Deakins, Nash, Smoak & Stewart, P.C.] is not obeying the law, practicing the law, or applying the rule of law as written in representing their Client [Meta Platforms, Inc.] in my employment whistleblower civil complaint. Instead solely because I am a black woman they have engaged their unhinged, erratic, reckless, and racist mob network of KKK Klansman, White Supremacy, Neo Nazi, MAGA, local county resources [HHS, Fire Department currently FDNY, EMT, EMS, Public Safety, Library Personnel, etc.], local police [currently New York City Police since 05/03/2025, and before Miami-Dade Florida Police 10/17/2023 to 05/02/2025 while temporarily staying in Florida], every convicted criminal, immigrant, homeless person, person that practices witchcraft [to bring upon me harm and bodily injuries] and Antonio Olivieri Drop-In Center [Staff, Clients and Drop-Ins] the police control and have enlisted to terrorize, torment, torture and criminally assault me with repeated attempts at drugging. Making each person believe they have a legal right to do so since they are being made a promise of some type of compensation. A complete violation and deprivation of my civil rights under the color of the law. Even after I have countless times asked them to Cease and Desist, as recent as two times on 11/19/2025 under New York City Police purview acting on their behalf I was criminally assaulted, premeditated acts of Drugging me.

- 3 -

**COMPLAINT – EMERGENCY REQUEST**

**Date: 11/19/2025 around 2:10PM**
Location: Moynihan Train Hall Food Area [421 8 Avenue, New York, NY 10001]
Incident: Exhibit A- I'll emphasizing by personal choice I don't do drugs, don't smoke, now never drink and as best possible under my current retaliatory circumstances try to live a clean healthy lifestyle. While charging my iPod in Moynihan Train Hall Food Area there was once again an attempt at passively trying to expose me to an illegal mind-altering street drug – airborne drug chemical substance in retaliation for my Meta Platforms, Inc. employment whistleblower claim and because I'm a black woman. In the attached PDF are just some of the people used in clearly the premeditated act of retaliation, attempt at [DRUGGING] me. Being purposefully done to medically induce me having a mind-altering psychotic episode to end my civil complaint against the **Defendant** [Ogletree, Deakins, Nash, Smoak & Stewart, P.C.] Client [Meta Platforms, Inc.], in Miami-Dade Florida State Court and United States District Court of New Jersey.

Upon walking up to the end counter seating area with the lamp chargers near the escalators there was a young black woman charging her cell phone. As soon as I plugged in my iPod, she ripped her phone and cord from the adjacent plug. She then hurried off clearly upset, seemingly almost on the verge of what appeared to be crying. Leaving behind a bottle of water on the counter. I wasn't sure if I had done something wrong but the white woman in Page One photos immediately spoke up and said, 'I think she must be having a bad day'. There was also a burly white man [not pictured] sitting in front of me at a black PC laptop computer and he opened a bag he had resting on the floor. From that point I was overcome with whatever drug chemical substance. Ofcourse, I had on PPE but I could still feel very mild residual effects. I also think the white woman from Page One photos jacket draped over the counter was saturated in the drug chemical substance as well. Then the young black guy in the Page Three photo appeared and soon after was joined by a LatinX woman [not shown]. She seemed to be the designated clean up person. She pulled out a spray and proceeded to fumigate the area before they both left.

**Date: 11/19/2025 starting at around 9:00PM**
Location: Antonio Olivieri Drop-In Center [257 W. 30th Street, New York, NY 10001]
Incident: at around 9:00 – 9:30PM edition of the repeated retaliatory act of drugging me. A criminal assault upon my life breaking both State and Federal Laws. This incident New York City Police acting on behalf of the **Defendant** [Ogletree, Deakins, Nash, Smoak & Stewart, P.C.] and their Cleint [Meta Platforms, Inc.] used a black man name John from down South placed in Antonio Olivieri Drop-In Center by them to carry out the **Defendant** [Ogletree, Deakins, Nash, Smoak & Stewart, P.C.], and their Client [Meta Platforms, Inc.], acts of retaliation because of my employment whistleblower complaint in Court.

I've become friendly with John mainly small talking about food, travel, and politics. While sitting in the middle area at a table directly next to him with him on my right there was a black plastic bag on his table. While talking to him as he kept saying 'he would never do anything to hurt me' I immediately was overcome with extreme drug like tiredness. I asked him what was in the black plastic bag since at that point I had clearly known I was being passively drugged. He said it was 'candy' how much he liked candy, skittles, chocolate peanut M&M's, etc. Ironically ALL the candies I had consumed over the month of October supplied by the black woman named Jennifer from New Jersey who's the die-hard Philadelphia Eagles fan. Candy, she said was for Halloween from her office. Another dead giveaway I was being drugged. Like with the black woman Sherry used for the

**COMPLAINT – EMERGENCY REQUEST**

07/01/2025 after 9:00AM drugging me incident with body spray from the Rainbow store at Stavros Niachos Foundation Library [455 Fifth Avenue, New York, NY 10016] while sitting on floor 1M. Because I am a powerless black woman the **Defendant** [Ogletree, Deakins, Nash, Smoak & Stewart, P.C.], and their Client [Meta Platforms, Inc.], mob network of KKK Klansman, White Supremacy, Neo Nazi, MAGA, local county resources [HHS, currently FDNY, EMT, EMS, Public Safety, etc.] and local police currently New York City Police are stalking me under the color of the law- studying me, my habits, my patterns, my footprint, etc. which has become a dead giveaway to their premeditated acts of retaliation. They are trying to hard on top of clearly doing wrong- breaking the law. Whatever 'candy' was in that black plastic bag on John's table rendered me completely unconscious, incapacitated. Again, it literally could have killed me!

Because of my sex and race the **Defendant** [Ogletree, Deakins, Nash, Smoak & Stewart, P.C.] based on their retaliatory acts of violence believes I'm not entitled to due process in the Court. They see the use of violence to wound if not kill me as their legal remedy to resolve my civil complaint against their Client [Meta Platforms, Inc.].

Apart of their retaliatory acts of violence 24 hours of the day I'm the target of countless attempts at trying to passively expose me to illegal mind-altering street drugs, cannabis, and deadly chemicals (ingesting, inhaling and through skin absorption), against my consent. Criminal assaults if not attempted murder on my life (felony offenses). That even with wearing PPE I have been left physically wounded with bodily injuries including my face chemical burn damaged with disfigurement to both of my eyes; the skin on my back and chest chemical burned to a bleed; and the vision in my left eye impaired- **Exhibit B**. This when by personal choice I don't do drugs, I don't smoke, almost never drink, and try to live a clean healthy lifestyle inclusive of working out, and adhering to a vitamin regime now because of their retaliation when I can afford it..

Daily being stalked, harassed, antagonized, bullied by New York City Police, Public Safety, store security, store employees, people in Antonio Olivieri Drop-In Center: Staff, Clients and Drop-Ins purposefully placed to carry out the **Defendant** [Ogletree, Deakins, Nash, Smoak & Stewart, P.C.] and their Client [Meta Platforms, Inc.], retaliatory acts of violence. For point of reference, I've never even had a speeding ticket in 56-years let alone want to knowingly break the law to warrant now New York City Police's harassment.

Without being privy to a police court warrant the **Defendant** [Ogletree, Deakins, Nash, Smoak & Stewart, P.C.] and their Client [Meta Platforms, Inc.], have used local police [New York City 05/03/2025 to present; Miami-Dade Florida Police 10/17/2023 to 05/02/2025; and New Jersey Police from time of whistleblowing to 10/26/2023] to illegally cyberattack, eavesdropping, surveillance (even in bedroom and bathroom areas deemed private off-limits within the home and in Antonio Olivier Drop-In Center) and location track (through my Apple iPhone, iPods, AT&T cellular network and Chase banking) so that I am met with stalking, violence, criminal assault [DRUGGING] and racist hate everywhere I go; to completely block me from finding an employment attorney on contingency basis to help me resolve my civil complaint; in getting adequate government help; and finding work applicable to my experience. With illegal cyberattack all my Intake calls with employment law firms by design there was already a predetermined decision of each not taking my civil claim. Some law firms even ghosted me at the time they set forth for the Intake call. As well as used the Intake call to fact find and gather information regarding the validity of my retaliation for

**COMPLAINT – EMERGENCY REQUEST**

whistleblower claim for the **Defendant** [Ogletree, Deakins, Nash, Smoak & Stewart, P.C.], Client [Meta Platforms, Inc.]. Before, during and after each Intake Call, I was met with an uptick in the criminal acts of retaliation, abuse, and racist hate. As well as because of illegal cyberattack the functioning of all my Apple devices are broken and now not working properly- **Exhibit C.** Also used as weapons for the sole purpose so I can be stalked, abused, bullied, harassed, threatened, intimidated, publicly shunned, and smeared by a mob of unhinged, erratic mob of people everywhere I go.

Daily I am the victim of the **Defendant** [Ogletree, Deakins, Nash, Smoak & Stewart, P.C.], and their Client [Meta Platforms, Inc.], paid for manufactured mental health smear campaign meant to defame my character, destroy my life, silence me, discredit my whistleblower claim and prevent me from working in Corporate America again. A mental health campaign inclusive of daily being subject to stage scripted acts and actions to inflict negative sensory overload, stress, and mental anguish. Including harassment, taunting, being antagonized and bullied by FDNY, EMT, and EMS mostly white men with the aid of location tracking, and surveillancing me.

4x I've had wrongful court filing of Ex-Parte Baker Acts: 2x by Judge Bertilia Soto and 1x by a Judge name unknown with Miami-Dade Florida Courts based on blatant lies, inaccuracies, misconstrued of facts, defamation of my character and 1x at a follow-up doctor's appointment on Wednesday 8/28/2024: with Dr. Carina Garcia at South Florida Mental Health & Recovery [27 NW 13th Street, Homestead, FL 33030] where I was met with deliberate acts of retaliation, negative sensory overload, abuse, bullying, harassment, was humiliated and traumatized. Resulting in me 4x being wrongfully taken away by police in handcuffs in the back of a police car (3x by Miami-Dade Police in which one of those times on Tuesday 1/2/2024: I was made to listen to blaringly loud music with suicidal song lyrics and 1x on Wednesday 8/28/2024: by Homestead Police). Then 4x wrongful detentions at behavioral health facilities: 1/2/2024 – 1/7/2024 at Jackson South Behavioral Health Facility where I was told by the doctor on the morning of Wednesday 1/3/2024: he needed to speak with my mother [Patricia Hickman-Miller] to get what was to be my agreed upon medical diagnosis. The doctor never asked me anything regarding my health, mental health, etc. and for point of reference my mother is a retired school teacher. and prior to Tuesday 10/17/2023 at best I saw my mother [Patricia Hickman-Miller] 1 x a year for the last 26 years. She had no firsthand knowledge or insight on my doctors, medical visits, or medical history. 8/15/2024 – 8/20/2024 at Larkin Behavioral Health Systems, where I was aggressively groped by 2 men and my necklace with charm given to intake coordinator at check-in were both missing when discharged.  8/28/2024 – 9/1/2024 at CHI Doris Ison Behavioral Health where I was told by the doctors my detention was to negate my whistleblower claim with saying I suffered from a chemical imbalance. 04/22/2025 – 04/28/2025 at CHI Doris Ison Behavioral Health where I was held captive under threat of reprisal – homelessness. With all 4 detentions a clear act of retaliation I was medically diagnosed with conditions (schizophrenia, adult major depressive disorder, and a chemical imbalance) I don't inherently suffer from and forced against my consent to take medication I naturally don't need, blatant medical malpractice. Within 20 minutes of taken the prescribed medications (Aripiprazole, name brand Abilify and Risperidone) I experience severe stroke like symptoms (including blurred vision with intermittent bouts of blindness, sever migraine, numbness in extremities, rapid heart rate, dry heaving, nausea, upset stomach, vomiting, etc.).

1  I have sent the **Defendant** [Ogletree, Deakins, Nash, Smoak & Stewart, P.C.], and their Client [Meta Platforms, Inc.], countless emails and filed countless motions with the Court asking them to Cease and Desist with the Jim Crow Societal Practices a violent wrath of terror, criminal assault [DRUGGING], and racist hate. Pleading with them to stop before their violence mob network murders/kills me in retaliation for employment whistleblowing. After going back to them each time the retaliatory violence against me has gotten worse, way worse. I'm afraid of them, and their violent wrath of terror.

The **Defendant** [Ogletree, Deakins, Nash, Smoak & Stewart, P.C.], are physically brutalizing me for employment whistleblowing about their Client [Meta Platforms, Inc.], former white employees in AR/VR Reality Labs: Josh Higgins, Margaret McLaughlin, her husband Larry Corwin, and Heather Michaels using their friend former contractor Holly Butler in a deviant scheme to unwitting lure me into committing a crime 'Drug Muling' when a job candidate. In retaliation because I'm a black woman they blackballed my career and destroyed all aspects of my entire life including criminally assaulting me. On 05/02/2025 I fled Florida with no money and just the clothes on my back for fear the **Defendant** [Ogletree, Deakins, Nash, Smoak & Stewart, P.C.], would use Miami-Dade Florida Police as task rabbits on the ground to have me slaughtered like an animal in the street because I'm a black woman. To arrive in New York City and have them still doing the same with New York City Police. Retaliatory acts and actions that are a complete deprivation of my civil and human rights under the color of the law.

As well as **Defendant** [Ogletree, Deakins, Nash, Smoak & Stewart, P.C.], and their Client [Meta Platforms, Inc.], each have a history of discriminatory practices and in my case because I'm a black woman they have clearly chosen to add the use of violence.

## VI.   CLAIMS

### First Claim

Name the law or right violated:
I believe I am being discriminated against because of my race (Black), sex (Female), and age (54) in violation of Title VII of the Civil Rights Act of 1964, as amended.

Name the defendants who violated it:
**Defendant** [Ogletree, Deakins, Nash, Smoak & Stewart, P.C.], Ms. Lara J. Peppard, Mr. Andy G. Mercado and their Client [Meta Platforms, Inc.], Mark Zuckerberg, Heidi Swartz, Tram Frank, Josh Higgins, Margaret McLaughlin, Larry Corwin, Heather Michaels and Heather Michaels

### Second Claim

Name the law or right violated:
I believe I am being discriminated against because of my age (54) in violation of the Age Discrimination in Employment Act of 1967, as amended.

Name the defendants who violated it:

**Defendant** [Ogletree, Deakins, Nash, Smoak & Stewart, P.C.], Ms. Lara J. Peppard, Mr. Andy G. Mercado and their Client [Meta Platforms, Inc.], Mark Zuckerberg, Heidi Swartz, Tram Frank, Josh Higgins, Margaret McLaughlin, Larry Corwin, Heather Michaels and Heather Michaels

### Third Claim

Name the law or right violated:

I believe I am being discriminated against for engaging in "protected activity" - Whistleblowing.

Name the defendants who violated it:

**Defendant** [Ogletree, Deakins, Nash, Smoak & Stewart, P.C.], Ms. Lara J. Peppard, Mr. Andy G. Mercado and their Client [Meta Platforms, Inc.], Mark Zuckerberg, Heidi Swartz, Tram Frank, Josh Higgins, Margaret McLaughlin, Larry Corwin, Heather Michaels and Heather Michaels

## VII.    DEMAND FOR RELIEF

Total monetary amount TBD

As a result of the Defendants retaliation smear campaign, I have endured financial loss, material loss, bodily injuries, stress, mental anguish and a defamation of my name, character, person, and likeness.

- Legal Cease & Desist with the Defendant [Ogletree, Deakins, Nash, Smoak & Stewart, P.C.] and their criminal acts of retaliation [DRUGGING, being forcibly pushed, hit in the head with rocks, etc.], illegal cyberattack [including location tracking, surveillance and eavesdropping] abuse (physical, mental, and financial), racist hate, bullying, public shunning, public smearing, harassment, intimidation, death threats, and mental health smear campaign by Defendant's and their network of KKK Klansman, White Supremacy, Neo Nazi, MAGA, Local County Resources, Local Police (currently New York City Police, before Miami-Dade Florida Police and Homestead Police since 10/17/2023 to 05/02/2025 and New Jersey Police from time of whistleblowing to 10/16/2023

## VIII.    DEMAND FOR JURY TRIAL

- Plaintiff demands a jury trial on all issues.

DATED: November 21, 2025

Respectfully submitted,

_____
Shena Hickman

**EXHIBIT A**  
**Page One**

Shena Hickman – Meta Platforms, Inc., Employment Whistleblower
WHILE UNDER NEW YORK CITY POLICE'S PURVIEW –
11/19/2025 around 2:10PM – Act of Retaliation, Criminal Assaulting – Drugging




**EXHIBIT A**
**Page Two**

Shena Hickman – Meta Platforms, Inc., Employment Whistleblower
WHILE UNDER NEW YORK CITY POLICE'S PURVIEW –
11/19/2025 around 2:10PM – Act of Retaliation, Criminal Assaulting – Drugging




**EXHIBIT A**
**Page Three**

Shena Hickman – Meta Platforms, Inc., Employment Whistleblower
WHILE UNDER NEW YORK CITY POLICE'S PURVIEW –
11/19/2025 around 2:10PM – Act of Retaliation, Criminal Assaulting – Drugging




**EXHIBIT B**     Shena Hickman – Meta Platforms, Inc., Employment Whistleblower
WHILE UNDER NEW YORK CITY POLICE'S PURVIEW



Photos taken 10/18/2025 at 7:08AM Showing even more severe chemical burn damage to back and chest from the repeated attempts to passively expose me to an illegal mind-altering drug chemical substance while at Antonio Olivieri Drop-In Center [257 W. 30 Street, New York, NY 10001] as recent as 10/18/2025- Jim Crow Societal Practices under New York City Police purview [05/03/2025 to present] violating my civil right under the color of the law.

**EXHIBIT B**

Shena Hickman – Meta Platforms, Inc., Employment Whistleblower
WHILE UNDER NEW YORK CITY POLICE'S PURVIEW



Photos taken before 08/14/2025 Showing chemical burn damage to back and chest–
Jim Crow Societal Practices under New York City Police purview [05/03/2025 to present] violating my civil rights under the color of the law.

Shena Hickman – Meta Platforms, Inc., Employment Whistleblower

  

Breast area and skin before whistleblowing

**EXHIBIT B**

Shena Hickman – Meta Platforms, Inc., Employment Whistleblower
WHILE UNDER MIAMI-DADE FLORIDA POLICE'S PURVIEW



Face before whistleblowing



Chemical burn damage and disfigurement to face –
Jim Crow Societal Practices under Miami-Dade Florida Police
purview [10/17/2023 – 05/02/2025]

Shena Hickman – Meta Platforms, Inc., Employment Whistleblower
WHILE UNDER MIAMI-DADE FLORIDA POLICE'S PURVIEW



Chemical burn damage and disfigurement to face –
Jim Crow Societal Practices under Miami-Dade Florida Police purview [10/17/2023 – 05/02/2025]

*photos 09/07/2025

  

**EXHIBIT C**                Shena Hickman – Meta Platforms, Inc., Employment Whistleblower
                             WHILE UNDER NEW YORK CITY POLICE'S PURVIEW

 

Photos taken 10/17/2025 at 7:17PM [green screen] and 10/18/2025 at 8:29AM [black screen] showing what the Defendant [Meta Platforms, Inc.] mob network of KKK Klansman, White Supremacy, Neo Nazi, MAGA and New York City Police illegal cyberattacking hackers have done to my Apple iPhone. They have broken each of my Apple hardware [iPhone Pro, 4 versions of the iPod and MacBook Pro Laptop Computer] that now are not function properly with my iPhone completely broken won't power on and 2 of my Mophie Battery Charges which now won't hold charge. This is a direct result of them tampering with each. Jim Crow Societal Practices under New York City Police purview [05/03/2025 to present] violating my privacy and civil right under the color of the law.