UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHENA Y. HICKMAN,

                Plaintiff,

       -against-

OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.,

                Defendant.

25 CIVIL 009705 (LTS)

## CIVIL JUDGMENT

For the reasons stated in the June 16 , 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45

(1962) (holding that an appellant demonstrates good faith when he seeks review of a

nonfrivolous issue).

      SO ORDERED.

Dated:   June 22, 2026
         New York, New York

                             /s/ Laura Taylor Swain
                            LAURA TAYLOR SWAIN
               Chief United States District Judge